# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICH HAMMOND III, | Case No. 1:15-cv-391---SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| SALLY JEWELL, Secretary of the U.S. Department of the Interior, et al., | (Doc. 13) |
| Defendants. | |

On May 14, 2015, Defendants Sally Jewel, Secretary of the U.S. Department of the Interior; Interior Board of Indian Appeals, U.S. Department of the Interior; U.S. Department of the Interior; Amy Dutschke, Regional Director, Pacific Regional Office, Bureau of Indian Affairs; Troy Burdick, Superintendent, Central California Agency, Bureau of Indian Affairs (collectively "Defendants"); filed a motion for an extension of time to file a response to the complaint. (Doc. 13.)  Defendants maintain that additional time is necessary because the complaint "invokes a complex intra-tribal dispute that has spurred multiple other lawsuits and administrative appeals to the Interior Board of Indian Appeals." (Doc. 13, ¶ 2.)  Defendants maintain additional time to

respond to the complaint will allow them to prepare a comprehensive and well-organized responsive pleading and ensure that Defendants have adequate time to complete the internal review process within the Department of Justice and the Department of the Interior.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time to file a response to the complaint is GRANTED; and
2. Defendants' responsive pleading shall be filed on or before June 28, 2015.

IT IS SO ORDERED.

Dated:   **May 19, 2015**              **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE